UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61226-LEIBOWITZ

LAURA VILLAR FLOREZ,

    *Plaintiff,*

*v.*

EXPERIAN INFORMATION SOLUTIONS
INC., *et al.,*

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant Citibank, N.A.'s Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 11], filed on July 8, 2025, and Defendant Experian Information Solutions, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 14], filed on July 9, 2025, and Defendant Equifax Information Solution Services LLC's Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 16], filed on July 9, 2025 ("the Motions"). Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motions [**ECF Nos. 11, 14, 16**] are **GRANTED.** Defendants shall respond to Plaintiff's Complaint, in accordance with the Court's Order in Cases with Multiple Defendants [ECF No. 4], **no later than August 11, 2025.**

**DONE AND ORDERED** in the Southern District of Florida on July 9, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record